

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00026-CV

**STUDIO E. ARCHITECTURE AND INTERIORS, INC.,**
Appellants

v.

Emily **LEHMBERG,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-10649
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Beth Watkins, Justice

This court issued its opinion in this case on April 17, 2019. On May 2, 2019, appellees filed a motion for rehearing. The panel has considered the motion for rehearing. The motion is DENIED. *See* TEX. R. APP. P. 49.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court